IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAD SERVICES OF LOUISIANA, L.L.C., § § | | |
| Plaintiff, | § | CASE NO. 6:17-cv-00017 |
| | § | |
| v. | § | JUDGE DOHERTY |
| | § | |
| CASHMAN EQUIPMENT | § | MAGISTRATE JUDGE HANNA |
| CORPORATION AND | § | |
| GULP OIL SKIMMERS, LLC | § | JURY DEMANDED |
| Defendants. | § | |

## AGREED MOTION FOR RELIEF FROM A FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Cashman Equipment Corp. ("Cashman") and the defendants, LAD Services of Louisiana, LLC and Lee Dragna (collectively referred to herein as the "Defendants"), who respectfully submit this Agreed Motion For Relief From a Final Judgement Under Federal Rule of Civil Procedure 60(b) because of the dispute regarding the reported settlement that was the basis for the dismissal of this case. The parties submit their Supporting Memorandum and other papers filed herewith in support of their motion.

Submitted respectfully,

**CREED LAW FIRM**

By: */s/ Richard Creed, Jr.*
    **RICHARD CREED, JR.** *(Attorney in Charge)*
    State Bar No. 04593
    creedlawfirm@bellsouth.net
    8017 Jefferson Highway
    Wolfe's Creek-Suite B3
    Baton Rouge, Louisiana  70809
    Telephone:  (225) 926-3824
    Facsimile:  (225) 926-0404

**McGLINCHEY STAFFORD, PLLC**

By: */s/ Kyle A. Ferachi*
    **KYLE A. FERACHI**
    State Bar No. 27458
    kferachi@mcglinchey.com
    301 Main Street, Fourteenth Floor
    Baton Rouge, Louisiana  70801
    Telephone:  (225) 382-3632
    Facsimile:  (225) 612-7026

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF LAD SERVICES OF LOUISIANA, LLC**

By: */s/ Robert E. Couhig, Jr.*
    **ROBERT E. COUHIG, JR. (#4439)**
    **JONATHAN P. LEMANN (#26380)**
    **CORY S. GRANT (#35154)**
    **COUHIG PARTNERS, LLC**
    1100 Poydras Street, Suite 3250
    New Orleans, LA 70163
    Telephone: (504) 588-1288
    Facsmile: (504) 588-9750
    Email: lemannjp@couhigpartners.com

**ATTORNEYS FOR DEFENDANT, CASHMAN EQUIPMENT CORP.**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 20, 2020, I filed electronically a true copy of the foregoing pleading. All parties received notice of this filing by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. Additionally, true and correct copies of the foregoing were served by U.S. mail to non-participants of the CM/ECF system.

    */s/ Kyle A. Ferachi*
    **KYLE A. FERACHI**